```
                 IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEONARDO AGUILAR                 :         CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :         NO. 25-7353
```

<u>ORDER</u>

AND NOW, this 10th day of March 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant City of Philadelphia to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #5) is GRANTED.

BY THE COURT:


/s/  Harvey Bartle III
                                                        J.