**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEONARDO AGUILAR**, | : | |
| **Plaintiff** | : | No. 25-7353 |
| **vs.** | : | |
| | : | (Judge Bartle) |
| **CITY OF PHILADELPHIA, et al.** | : | |
| **Defendants** | : | **AFFIDAVIT OF SERVICE** |
| | : | |

**AND NOW**, this **20th** day of **July**, **2026**, Plaintiff Leonardo Aguilar hereby affirms that service of process was effectuated on Defendant **Police Officer Leno** on  **July 2, 2026**. A copy of the process server's report is attached.

Respectfully submitted,

*Jason Javie*

Date: July 20, 2026

**Jason Javie**
**Attorney for Leonardo Aguilar**
1500 John F. Kennedy Boulevard
Suite 1815
Philadelphia, Pennsylvania 19102
(215) 563-7642
(215) 563-9145 (Fax)
jason@javielaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jason Javie, hereby certify, swear and affirm that a true and correct copy of the

foregoing document was served on the following individual(s):

**Felicia Carter, Esquire**
**City of Philadelphia Law Department**
**1515 Arch Street, 14th Floor**
**Philadelphia, PA 19102**

Respectfully submitted,

*Jason Javie*
_____
**Jason Javie**
**Attorney for Leonardo Aguilar**
1500 John F. Kennedy Boulevard
Suite 1815
Philadelphia, Pennsylvania 19102
(215) 563-7642
(215) 563-9145 (Fax)
jason@javielaw.com

Date: July 20, 2026

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 25-7353

Plaintiff:
**Leonardo Aguilar**

vs.

Defendant:
**Police Officer Leno, et al.**

For:
Jason Javie, Esq.
Jason Javie, P.C.
1500 J.F.K. Blvd
#1815
Philadelphia, PA 19103

Received by PERSIST PROCESS & INVESTIGATIONS to be served on **Police Officer Leno, 1515 Arch Street, 14th Fl/ City Solicitor, Philadelphia, PA 19102**.

I, David Hahn, do hereby affirm that on the **2nd day of July, 2026 at 4:05 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and First Amended Complaint** to: **Jonathan McRay-Boston** as **Legal Assistant**, a person employed therein and authorized to accept service for **Police Officer Leno** at the address of: **1515 Arch Street, 14th Fl/ City Solicitor, Philadelphia, PA 19102**, the within named person's usual place of **Work**, in compliance with State Statutes.

I am over the age of 18 and have no interest in the above action.

**David Hahn**
Process Server

**PERSIST PROCESS & INVESTIGATIONS**
**1500 J.F.K. Blvd**
**Suite 1815**
**Philadelphia, PA 19102**
**(215) 546-6080**

Our Job Serial Number: TLL-2026000534

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a