# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEONARDO AGUILAR et al.,

                              Civil Action:  26-7353

 v.

POLICE OFFICER LENO #4150 et al.,


                    Entry of Default


    Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendants POLICE OFFICER LENO #4150 and POLICE OFFICER BASCIANO #1114 for failure to plead or otherwise defend.


                              George Wylesol
                              Clerk of Court

Dated: 8/06/2026

                              By: *Amanda Frazier*
                                  Amanda Frazier, Deputy Clerk